# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBRA AND RUSSEL MARBURY

VERSUS

CRACKER BARREL OLD COUNTRY
STORE, INC. AND SAFETY
NATIONAL CASUALTY
CORPORATION

NO.  2021 CW 0661

DECEMBER 10, 2021

---

In Re:    Cracker Barrel Old Country Store, Inc., Safety
          National Casualty Corporation, Allied World National
          Assurance Company, and Megan Childers, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 668769.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.**  The relators, Cracker Barrel Old
Country Store, Inc., Safety National Casualty Corporation,
Allied World National Assurance Company, and Megan Childers,
have not included a copy of the judgment in violation of Rule 4-
5(C)(6) of the Uniform Rules of Louisiana Courts of Appeal.  The
April 26, 2021 Ruling of the district court specifically ordered
a judgment to be prepared by counsel for the plaintiffs
consistent with its ruling.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with
this court, it must contain all required items, including the
missing documentation noted above, and must comply with Rule 2-
12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new
application must be filed on or before December 27, 2021 and
must contain a copy of this ruling.

                         **PMc**
                         **JEW**
                         **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT